UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Criminal No. 11-299 (WJM)

v. :

KARLIS KARKLINS, et al. : O R D E R

Upon application of the United States Attorney for the District of New Jersey (by Seth B. Kosto, Assistant United States Attorney), for an order unsealing the docket sheet, the Indictment, and all related papers in the above-captioned matter, and good and sufficient cause having been shown,

IT IS on this 18th day of January, 2012,

ORDERED that the Sealing Order previously entered in the above-captioned matter at the time the grand jury returned its indictment is no longer in effect; and it is further

ORDERED that the docket sheet, the Indictment, and all related papers in the above-captioned matter <u>not otherwise sealed by virtue of separate sealing orders that entered on or after June 15, 2011</u> are hereby unsealed.

HON. WILLIAM J. MARTINI
United States District Judge