```
UNITED STATES DISTRICT COURT
   DISTRICT OF NEW JERSEY
```

----------------------------------------

UNITED STATES,                          2:11-CR-299-04WJM

v.                                      **ORDER RELIEVING**
                                        **COUNSEL**

OSARHIEME UYI OBAYGBONA,

        Defendant.

----------------------------------------

      Currently before the Court is James S. Friedman's Motion to be relieved from representing Defendant, Obaygbona. For the reason stated on the record in open court on March 7, 2012,

      It is on this 13th day of March 2012

      **ORDERED** that counsel's motion to be relieved is **GRANTED**.

                                        _/s/ William J. Martini_
                                        WILLIAM J. MARTINI, U.S.D.J.